UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
CARLTON LOUIS, *pro se*                                :
                                                       :
                                                       :
                    Petitioner,                        :       **ORDER**
                                                       :
            -against-                                  :       14-CV-3126 (KAM)
                                                       :
WARDEN K-ASK CARLSON,                                  :
Metropolitan Detention Center Brooklyn,                :
                                                       :
                    Respondent.                        :
                                                       :
-------------------------------------------------------x

**KIYO A. MATSUMOTO, United States District Judge:**

     Upon the petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241, dated May 8, 2014, a copy of which is attached, it is

     **ORDERED,** that petitioner is *pro se* and granted leave to proceed *in forma pauperis*; it is further

     **ORDERED,** that respondent shall show cause before this court why writ of habeas should not be issued by the filing of a return to the petition within twenty (20) days of this Order; it is further

     **ORDERED,** that respondent shall serve a copy of its return upon petitioner herein and file the original thereof, with proof of service**,** with the Clerk of the Court; and it is further

     **ORDERED,** that petitioner shall, within twenty (20) days of the date of receipt by him of a copy of respondent's return, shall file his reply, if any, with proof of service, with the Clerk of the Court; and it is further

**ORDERED,** that service of a copy of this Order shall be made by the Clerk of the Court by forwarding a copy hereof, together with a copy of the petition and any supporting documents, to respondent, and by mailing a copy of this Order to the petitioner. The Clerk of the Court shall certify service of this Order on petitioner and respondent via docket entry on ECF.

**SO ORDERED.**

Dated: Brooklyn, New York
       June 11, 2014

                                                  /s/
                                      **KIYO A. MATSUMOTO**
                                      United States District Judge