PSS:SK
F.#2014V01474

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

CARLTON LOUIS,

        Petitioner,                             No. 14-CV-3126 (KAM)

      v.

WARDEN K-ASK CARLSON,

        Respondent.

- - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE

Please take notice that Assistant United States Attorney Saritha Komatireddy from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Saritha Komatireddy
    Assistant United States Attorney
    United States Attorney's Office
    Eastern District of New York
    271 Cadman Plaza East
    Brooklyn, New York 11201
    Tel: (718) 254-6054
    Fax: (718) 254-6076
    Email: Saritha.Komatireddy@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Ms. Komatireddy.

Dated: Brooklyn, New York
        June 17, 2014

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:    /s/
Saritha Komatireddy
Assistant U.S. Attorney
Tel: (718) 254-6054

cc: Clerk of the Court (by ECF)
    Carlton Louis (by U.S. mail)
    19933-083
    MDC Brooklyn
    Metropolitan Detention Center
    P.O. Box 329002
    Brooklyn, NY 11232