

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PSS:SK
F. #2014V01474

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 1, 2014

<u>By Hand and ECF</u>

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    <u>Carlton Louis v. Warden K-Ask Carlson</u>
              <u>Civil Docket No. 14-3126 (KAM)</u>

Dear Judge Matsumoto:

      The government respectfully submits this letter to request an extension of time to file a response in the above-referenced case.

      In this case, the petitioner asks the Court to order the Warden of the Metropolitan Detention Center in Brooklyn, New York to reverse various sanctions imposed upon the petitioner as a result of the petitioner's refusal to provide a urine sample, in violation of Bureau of Prisons Code 110.  On June 11, 2014, the Court ordered the government to show cause within 20 days — that is, by July 1, 2014 — why the petition, filed pursuant to 28 U.S.C. § 2241, should not be granted.  The Court further ordered the petitioner, within 20 days of receipt by him of a copy of the return of the government, to file his reply, if any. The undersigned respectfully requests an additional 20 days to analyze the relevant documentation pertaining to the petitioner's contentions and prepare the government's response.

Accordingly, the government respectfully requests an extension until July 21, 2014, to file its response.

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                    United States Attorney

By:     /s/
                                    Saritha Komatireddy
                                    Assistant U.S. Attorney
                                    (718) 254-6054

cc:    Carlton Louis (by certified mail)
       19933-083
       MDC Brooklyn
       P.O. Box 329002
       Brooklyn, NY 11232